

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 18, 2014

**VIA ECF**
Hon. Vincent L. Briccetti
U.S. District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

        RE:    *A.F. et al. v. United States*, 14 Civ. 374 (VB)

Dear Judge Briccetti:

      This Office represents the United States (the "Government") in this action brought pursuant to the Federal Tort Claims Act. I write respectfully to request that the Court extend the Government's time to answer or otherwise respond to the complaint by 30 days from April 21, 2014, to May 21, 2014. The United States has not requested or received any prior extension of this deadline. The plaintiff consents to the extension.

      The Government requests the additional time so that it may review the administrative file in order to prepare an appropriate response to the complaint as well as explore potential settlement with the plaintiffs.

      We thank the Court for its consideration of this letter.

                        Respectfully,

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

        By:    /s/*Arastu K. Chaudhury*
                ARASTU K. CHAUDHURY
                Assistant United States Attorney
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Tel:    (212) 637-2633
                Fax:   (212) 637-2750
                arastu.chaudhury@usdoj.gov

cc: Wesley M. Serra, Esq.