

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. F., an infant over the age of 14 years, by his natural guardian and mother, ELIZABETH FELDMAN; and ELIZABETH FELDMAN,

Plaintiffs,

- against -

UNITED STATES OF AMERICA,

Defendant.

ECF CASE

14 CIV 374 (VB)

**PRIVACY ACT ORDER**

WHEREAS, the parties are engaging in discovery in the above-referenced proceeding;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, plaintiff has requested that defendants the United States of America make disclosures of documents and information that may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a ("Privacy Act"); and

WHEREAS, it appears that the disclosure of such documents and information is in the interests of justice;

IT IS HEREBY ORDERED that:

1. Any objection to the production of such documents and information on the ground that they are protected by the Privacy Act is overruled.

2. This Order shall not prejudice any other objections the parties may have to producing or using such documents and information.

Dated: September 2, 2014

By: *(signature)*

PREET BHARARA
United States Attorney for the
Southern District of New York

Arastu K. Chaudhury
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2633
*Attorney for the Defendant United States*

By: *(signature)*

Wesley M. Serra, Esq.
IROM, WITTELS, FREUND, BERNE &
SERRA, P.C.
349 East 149th Street
Bronx, New York 10451
*Attorneys for Plaintiff*

SO ORDERED

*(signature)*

HON. VINCENT L. BRICCETTI
United States District Judge

September 3, 2014
White Plains, NY