UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.F., an infant over the age of 14 years, by
his natural guardian and mother,
ELIZABETH FELDMAN; and
ELIZABETH FELDMAN,
                           Plaintiffs,         **MEDIATION**
                                        **REFERRAL ORDER**

    -v-
                                          14 CV 374 (VB)

UNITED STATES OF AMERICA,
                           Defendant.
------------------------------------------------------------x

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

      The parties are ORDERED to inform the Court by no later than May 13, 2015, and every 30 days thereafter, of their progress in mediation, and are FURTHER ORDERED to provide a joint status report to the Court within 10 days of the completion of mediation.

      The next conference is scheduled for July 17, 2015, at 10:30 a.m.

Dated: April 13, 2015
       White Plains, NY

                                             SO ORDERED:

                                             Vincent L. Briccetti
                                             United States District Judge