UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
A.F., an infant over the age of 14 years, by his
natural guardian and mother, ELIZABETH
FELDMAN; and ELIZABETH FELDMAN,
                              Plaintiffs,

**ORDER**

v.

14 CV 374 (VB)

UNITED STATES OF AMERICA,

                              Defendant.
-----------------------------------------------------------------x

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/17/15]

After consultation with counsel at a status conference held today, it is hereby ORDERED:

1) The Joint Pretrial Order shall be filed by October 9, 2015.

2) Proposed findings of fact and conclusions of law shall also be filed by October 9, 2015.

3) Trial is scheduled for November 9, 2015, at 9:30 a.m.

Dated: July 17, 2015
       White Plains, NY

SO ORDERED:

_[signature]_
Vincent L. Briccetti
United States District Judge