**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 18, 2015

**BY HAND**
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: *A.F. et al. v. United States*, 14 Civ. 374 (LAK)

Dear Judge Kaplan:

      This Office represents the Defendant United States of America in the above-referenced medical malpractice action brought pursuant to the Federal Tort Claims Act, which was recently reassigned to Your Honor. Pursuant to the July 17, 2015, Scheduling Order, issued by the previously assigned Judge, the parties are to submit to the Court a Joint Pre-Trial Order and the parties' respective Proposed Findings of Fact and Conclusions of Law. The previously assigned Judge's Individual Practices provide for the submission in advance of trial of both a Joint Pre-Trial Order and Proposed Findings of Fact and Conclusions of Law, and Your Honor's Individual's Practices require the submission of only a Joint Pre-Trial Order. I write respectfully on behalf of the parties to seek clarification as to whether Your Honor wishes the parties to make both sets of submissions or to submit only a Joint Pre-Trial Order.

      We thank the Court for its consideration of this letter.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/Arastu K. Chaudhury
ARASTU K. CHAUDHURY
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: 212-637-2633
Facsimile: 212-637-2750
arastu.chaudhury@usdoj.gov

cc: Wesley Serra, Esq. (via email)

**MEMO ENDORSED**

*[Handwritten endorsement:] So pretrial only materials required by prior order of judge Kaplan plus witness and exhibit lists*

**SO ORDERED**
/s/ Lewis A. Kaplan, USDJ
9/21/15