```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON FELDMAN, an infant, by his natural
guardian and mother, ELIZABETH FELDMAN,
and ELIZABETH FELDMAN,

                Plaintiffs,

-against-

UNITED STATES OF AMERICA,
                Defendant.
------------------------------------------------------------X

14 **CIVIL** 0374 (LAK)

**JUDGMENT**

      Whereas the Court having tried this case without a jury and having made findings of facts and conclusions of law on the record in open court, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court on November 9, 2015 having rendered its Order as follows:

    1.    The caption of this case is amended to read as follows:

          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
          ------------------------------------------------------------X
          AARON FELDMAN, an infant by his natural
          guardian and mother, ELIZABETH FELDMAN
          and ELIZABETH FELDMAN,
                                   Plaintiffs,
                  -against-

          UNITED STATES OF AMERICA,
                                  Defendant.
          ------------------------------------------------------------X

    2.    The case is dismissed with prejudice, defendant to recover its costs; and

    3.    The Clerk shall enter judgment accordingly and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That pursuant to the Court's Order

dated November 9, 2015, the case is dismissed with prejudice, defendant to recover its costs; accordingly, the case is closed.

DATED: New York, New York
November 16, 2015

RUBY J. KRAJICK
Clerk of Court

BY: *[signature]*
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____